# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, § § § | |
| Plaintiff, § § | |
| v. § | NO. 2:16-CV-00049-J |
| § | |
| CACTUS FEEDERS, INC.; LUBBOCK NATIONAL BANK; PAUL ENGLER; MICHAEL ENGLER; JACK RHOADES; JERRY MILLER; EUGENE LEMAN; BRADLEY HASTINGS; KEVIN HAZELWOOD; RONALD HARGIS; and CACTUS FEEDERS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, § § § § § § § § § | |
| Defendants. § | |

## ORDER

Before the Court is *Defendants' Motion to Dismiss*, filed on November 14, 2016. Plaintiff filed a Response on December 20, 2016. After considering the Motion and Response, this Motion is DENIED.

IT IS SO ORDERED

Signed this the 30th day of December, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE