IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EDWARD C. HUGLER, ) | |
| Acting Secretary of Labor, ) | |
| United States Department of Labor, ) | Civil Action |
| ) | |
| Plaintiff, ) | No. 2:16-cv-00049-J |
| ) | |
| v. ) | |
| ) | |
| CACTUS FEEDERS, INC., LUBBOCK ) | |
| NATIONAL BANK, PAUL ENGLER, ) | |
| MICHAEL ENGLER, JACK RHOADES, ) | |
| JERRY MILLER, EUGENE LEMAN, ) | |
| BRADLEY HASTINGS, KEVIN ) | |
| HAZELWOOD, RONALD HARGIS, ) | |
| and CACTUS FEEDERS, INC. ) | |
| EMPLOYEE STOCK OWNERSHIP PLAN, ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S DESIGNATION OF TESTIFYING EXPERTS

Plaintiff, Edward C. Hugler, Acting Secretary of Labor, United States Department of Labor, respectfully files Plaintiff's Designation of Testifying Experts in accordance with the Court's Original Rule 16 Scheduling Order and January 30, 2017, Order extending the pretrial deadlines. Plaintiff states as follows:

Plaintiff designates the following testifying experts:

1. Andy Smith, The McLean Group, LLC, 7918 Jones Branch Drive, Suite 750, McLean, Virginia 22102.

2. Frank "Chip" Brown, Willamette Management Associates, 1355 Peachtree Street, N.E., Suite 1470, Atlanta, Georgia 30309.

NICHOLAS C. GEALE
Acting Solicitor

JAMES E. CULP
Regional Solicitor

ROBERT A. GOLDBERG
Counsel for ERISA

/s/ TD Davila
TINA D. DAVILA
Senior Trial Attorney-in-Charge
Texas Bar No. 24027549
Email:  davila.tina.d@dol.gov

KRISTINA T. HARRELL
Senior Trial Attorney
Email:  harrell.kristina@dol.gov

MATTHEW P. SALLUSTI
Senior Trial Attorney
Texas Bar. No. 24013447
Email: Sallusti.matthew@dol.gov

CHRISTOPHER D. LOPEZ-LOFTIS
Trial Attorney
Texas Bar No. 24086924
Email: lopez.christopher.d@dol.gov

U.S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, TX  75202
(972) 850-3100
(972) 850-3101-fax

Attorneys for Plaintiff.

**Certificate of Service**

I hereby certify that on the 31st day of March, 2017, a true and correct copy of the foregoing *Plaintiff's Designation of Testifying Experts* was served upon the attorney of record of all parties or upon all parties to the above entitled and numbered cause through the ECF system to:

    Theodore M. Becker
    Richard J. Pearl
    Drinker, Biddle & Reath LLP
    191 N. Wacker Drive, Suite 3700
    Chicago, Illinois 60606

    Shawn D. Twing
    Mullin Hoard & Brown, LLP
    P.O. Box 31656
    Amarillo, Texas 79120

    /s/ TD Davila
    TINA D. DAVILA
    Senior Trial Attorney