## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EDWARD C. HUGLER, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CACTUS FEEDERS, INC., LUBBOCK NATIONAL BANK, PAUL ENGLER, MICHAEL ENGLER, JACK RHOADES, JERRY MILLER, EUGENE LEMAN, BRADLEY HASTINGS, KEVIN HAZELWOOD, RONALD HARGIS, and CACTUS FEEDERS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>　　　　Defendants. | Civil Action No. 2:16-cv-49<br><br>Senior Judge Mary Lou Robinson |

### DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

Defendants Cactus Feeders, Inc., Lubbock National Bank, Paul Engler, Michael Engler, Jack Rhoades, Jerry Miller, Eugene Leman, Bradley Hastings, Kevin Hazelwood, Ronald Hargis, and the Cactus Feeders, Inc. Employee Stock Ownership Plan ("Defendants"), hereby designate the following expert witnesses:

　　1.　　**Ralph A. Walkling, D.B.A.**  Stratakis Chair in Corporate Governance and Accountability, and Director of the Center for Corporate Governance, at Drexel University, Philadelphia, Pennsylvania, LeBow College of Business, Drexel University, 3141 Chestnut Street, Philadelphia, PA 19104;

　　2.　　**Richard May**.  American Working Capital, 525 West Monroe #2100, Chicago, Illinois 60661; and

　　3.　　**Gregory Brown**.  Holland & Knight, 131 South Dearborn Street, 30th Floor, Chicago, Illinois 60603.

Dated:  April 21, 2017                              Respectfully Submitted,

    /s/     Theodore M. Becker
Theodore M. Becker (theodore.becker@dbr.com)
Richard J. Pearl (richard.pearl@dbr.com)
DRINKER BIDDLE REATH, LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 phone
(312) 569-3000 fax

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2017, I caused to be served on counsel of record Defendants' Designation of Testifying Experts via the ECF filing system with the Northern District of Texas.

Respectfully Submitted,

By: /s/ *Theodore M. Becker*