IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>CACTUS FEEDERS, INC., LUBBOCK<br>NATIONAL BANK, PAUL ENGLER,<br>MICHAEL ENGLER, BRADLEY HASTINGS,<br>KEVIN HAZELWOOD, RONALD HARGIS,<br>and CACTUS FEEDERS, INC.<br>EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Defendant. | Civil Action<br><br>No. 2:16-CV-049-D |

## ORDER

The Court, having been notified by counsel of the settlement of this action and of the Settlement Agreement between the parties settling this action, hereby **ORDERS:**

1. That the Court will retain jurisdiction over this action and the parties for the purpose of enforcing the monetary terms of the Settlement Agreement; and

2. That this action be dismissed with prejudice and without costs.

**It is so ORDERED.**

Date: June 15, 2018

_____
SIDNEY A. FITZWATER
U.S. District Judge
U.S.D.C., Northern District of Texas